**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  11-cv-01871-REB-KLM

SHERWYN OATES,

     Plaintiff,

v.

MATTHEW PATELLA,

     Defendant.

---

**ORDER OVERRULING OBJECTIONS TO
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

     The matter before me is plaintiff's **Objection to Magistrate's Recommendation** [#31][1] filed February 24, 2012.  This objection to the **Order and Recommendation of United States Magistrate Judge** [#28] filed February 1, 2012, was filed beyond the February 18, 2012, deadline for the filing of objections provided by Fed. R. Civ. P. 72(b)(2), which was specifically referenced and explicated in the magistrate judge's recommendation (*see id.* at 8).  They were received by the court two days after the entry of my **Order Adopting Recommendations** [sic] **of the United States Magistrate Judge** [#29], filed February 22, 2012, and on the same day that the **Final Judgment** [#30], filed February 24, 2012, was entered.

     Nevertheless, because plaintiff is proceeding *pro se*, I have considered his

---

[1] "[#31]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF).  I use this convention throughout this order.

belated objections.  See **Erickson v. Pardus**, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing **Haines v. Kerner**, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, objections, and applicable caselaw.  Plaintiff's objections are imponderous and without merit.  Therefore, I find and conclude that his objections must be overruled.

**THEREFORE, IT IS ORDERED** that the objections stated in plaintiff's **Objection to Magistrate's Recommendation** [#31] filed February 24, 2012, are **OVERRULED**.

Dated March 6, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge